[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

HERSTOWSKI

Plaintiff )
)
)
v. )  Case Number: 24-cv-4988
)
GREG'S CRESCENT CITY AMUSEMENT, LLC et. al. )  Judge: Hon. Sara Ellis
)
)
Defendant )

## NOTICE OF MOTION

**TO:** Kelly Ferron [Kopka Pinkus Dolan PC]

200 W. Adams St., #1200; Chicago, 60606

klferron@kopkalaw.com; smmelton@kopka

**PLEASE TAKE NOTICE** that on JANUARY 14, 2025 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sara Ellis [via telephone] ~~or any judge sitting in his or her stead in~~ **Courtroom** 650-479-3207; Access Code: 2314 361 1508 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Rule 41(a)(2) motion to voluntary dismiss w/o prejudice and re-file in WI federal court

## CERTIFICATE OF SERVICE

I hereby certify that on Jan. 6, 2025, I provided service to the person or persons listed above by the following means: email

Signature: [signature]   Date: Jan. 6, 2025

Name (Print): Bryan J. O'Connor

Address: 155 N. Michigan Ave., Suite 540   Phone: 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

Chicago, IL 60601

boconnor@wglawgroup.com

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]