**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

David Herstowski, et al.

                Plaintiff,

v.                                     Case No.: 1:24–cv–04988
                                                      Honorable Sara L. Ellis

Greg's Crescent City Amusement, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Plaintiff's motion for voluntary dismissal [19], the Court dismisses this matter without prejudice, with Plaintiffs retaining the right to re−file this matter and its claims against Defendants in the courts of Wisconsin in accordance with applicable statute of limitations. If Plaintiffs timely refile this matter and claims in the courts of Wisconsin, then Plaintiffs must pay the costs for Defendant Greg's Crescent City Amusement, LLC to file its appearance and jury demand in the Wisconsin courts. Civil case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.